# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH CAMPISI, JR.,      :   No. 492 MAL 2015

        Petitioner      :

     :   Petition for Allowance of Appeal from
     :   the Order of the Superior Court

        v.      :

CARMELLA V. CAMPISI,      :

        Respondent      :

        v.      :

CHESAPEAKE APPALACHIA, L.L.C.,      :

        Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.